JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CANDIDO RAMIREZ BAUTISTA,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No. 5:26-cv-02933-PA-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is denied as moot, with no further proceedings, consistent with the reasons and findings set forth in the Order Denying Petition as Moot.

DATED: September 16, 2026

PERCY ANDERSON
United States District Judge